LAW OFFICES OF

# CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR, LLP

**61 BROADWAY, SUITE 3000**
**NEW YORK, N.Y. 10006-2802**

PAUL M. KEANE
STEPHEN H. VENGROW†
JAMES M. TEXTOR*
JOSEPH F. DE MAY, JR.
RANDOLPH H. DONATELLI‡
PATRICK MICHAEL DeCHARLES II†

JESSICA A. DE VIVO◊

†ALSO ADMITTED TO DISTRICT OF
  COLUMBIA, MAINE & NEW JERSEY
*ALSO ADMITTED TO PENNSYLVANIA
‡ALSO ADMITTED TO GEORGIA
†ALSO ADMITTED TO NEW JERSEY & TEXAS
◊ALSO ADMITTED TO NEW JERSEY

TELEPHONE: (212) 344-7042
TELEFAX: (212) 344-7285
TELEFAX: (212) 344-3988
E-MAIL: JIMTEX@CCKVT.COM

A.J. MARINO
OF COUNSEL

BYRON KING CALLAN
(1914-1992)
VICTOR S. CICHANOWICZ
(1918-1989)

July 16, 2008

### ECF and BY HAND

The Honorable Peter G. Sheridan
United States District Court
District of New Jersey
Martin Luther King, Jr. Building
and United States Court House
50 Walnut Street, Room 4062
Newark, New Jersey 07102

*[Handwritten annotation: 7/24/08 So Ordered as requested. The matter is in any way … the confirmation … should be done by motion, allowed … of motion to parties Peter Sheridan]*

Re:   Andorra Services Inc., and Chemoil Corp. v. Venfleet Ltd and M/T EOS
      Civil Action No. 06 C.V. 00373 (Dist. New Jersey)
      Charter Party dated December 19, 2005
      Final Arbitration Award, dated June 5, 2008
      Our File No.: 8726/JMT

Dear Honorable Sir:

We refer to the above captioned matter and as attorneys representing the Defendant interests, we are writing to the Court to request that the stay of the litigation pending arbitration as entered during October 2006, is lifted and that the Court schedule a pre-motion conference to confirm the arbitration award.

After motion practice during the summer of 2006, on October 18, 2006, the Court issued an Opinion and Order granting Defendants motion to stay the litigation proceedings pending maritime arbitration in New York City. For the Court's ready reference, we attach the Opinion and Order both dated October 18, 2006. Subsequently, on October 23rd, the Court entered an Order issuing an administrative dismissal of the legal proceedings without prejudice to the stay and allowing the parties to reopen the litigation proceedings for good cause.

After extensive arbitration proceedings in New York City, on June 5, 2008, the sole arbitrator, Mr. Jack Berg issued a Final Award dismissing the Plaintiffs cargo contamination claims and awarding the Defendant Vessel

Honorable Peter G. Sheridan                                          July 16, 2008
United States District Court                                         Page 2

Owner charter party counterclaims in the total amount of $1.98 million which included an allowance for the reimbursement of Defendants attorney's fees and costs and a credit for the payment of the arbitrator's fees.

As the Final Award has not been satisfied, our clients have instructed our office to resume the litigation proceedings and pursuant to the Federal Arbitration Act, 9 USC Sections 8 and 9, to obtain an Order to confirm the Award as a Judgment.

Based on the above, the Defendants request that the Court lift the stay. Further, if convenient for the Court, we request that the Court schedule a Pre-Motion Conference to determine whether or not motion practice in fact is necessary and if so, to establish a motion practice schedule.

We will await receipt the Court's response.

                                              Respectfully submitted,

                                              CICHANOWICZ, CALLAN, KEANE,
                                              VENGROW & TEXTOR, LLP

                                              s/

                                              James M. Textor

JMT/mc
Encls.

cc:     Magistrate Judge Esther Salas (ECF & By Hand, w/Encls.)
        United States Magistrate Judge
        Martin Luther King, Jr. Federal Bldg. & Courthouse
        50 Walnut Street
        Newark, New Jersey 07101

        Blank Rome LLP (By Email, w/Encls.)
        The Chrysler Building
        405 Lexington Avenue
        New York, NY 10174-0208

        Attn:   Jeremy J.O. Harwood, Esq.
                Jack Greenbaum, Esq.
                Your Ref. No.: 100860-0004

        Wilson Elser Moskowitz Edelman & Dicker, LLP (By Email, w/Encls.)
        150 East 42nd Street, 19th Floor
        New York, New York 10017-5639

        Attn:   Lawrence B. Brennan, Esq.
                Your Ref. No.: 10162.00001