# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

33 Washington Street, Newark, New Jersey 07102-3017   Tel: (973) 624-0800  Fax: (973) 624-0808

*Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean*
*Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains*
*Limited Liability Partnership of NY*
*Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

JAMES CRAWFORD ORR
WILLIAM J. RIINA
THOMAS F. QUINN
BRIAN W. McALINDIN
BARBARA HOPKINSON KELLY
CAROLYN F. O'CONNOR
JANE ANDREWS
KENNETH M. BROWN
WILLIAM P. KRAUSS
MICHAEL J. NAUGHTON
MARTIN J. SULLIVAN
JOSEPH A. GALLO
ROBERT A. BERNS
KURT W. KRAUSS
KELLY A. WATERS
COLIN P. HACKETT

BRIAN J. WHITEMAN
SUSAN KARLOVICH
MATTHEW S. MAHONEY
KEVIN C. DONOVAN
JAMES S. RIEHBERGER
JOSEPH T. HANLON
ROBERT LISKO
RENEE J. SHERMAN
ROBERT T. GUNNING
GREGG S. KAHN
———
OF COUNSEL
TINA A. JORDAN
ROBERT C. NEFF, JR.
JOHN P. O'TOOLE

ELIZABETH R. CHARTERS
SU'NA LEE
JOAN H. LANGER
JOANNA PIOREK
SETH PTASIEWICZ
KURT H. DZUGAY
GINA CALABRIA
MICHAEL T. HENSLEY
KEITH A. LOUGHLIN
JOHN W. WILLIAMS
CHRISTOPHER W. McCLANAHAN
SHAUN S. McGREGOR
TIMOTHY COUGHLAN
KIM M. CONNOR

ADAM S PICINICH
ROBERT W. DARISH
JOHN J. SHOTTER
PETER A. SWIFT
JOSEPH P. RINDONE
ADAM J. KIPNIS
RUSSELL J. HEMS
ERIC T. EVANS
GREGORY T. FOOTE
JULIE VON BEVERN
MICHAEL L. TRUCILLO
MATHEW BRODERICK
LAUREN M. IPPOLITO
BRUCE W. MCCOY JR.

KEITH G. VON GLAHN (1952-2007)

September 26, 2008

The Honorable Peter G. Sheridan, U.S.D.J.
United States District Court
District of New Jersey
M.L. King Jr., Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

**VIA ELECTRONIC FILING**

Re:   **ANDORRA SERVICES INC. et al v. M/T EOS**
      **Civil Action No. 2:06-cv-00373-PGS-RJH**

Dear Judge Sheridan:

The undersigned represents the Plaintiffs in the above-referenced matter. Presently scheduled for argument before Your Honor on October 2, 2008 are related motions to vacate or modify the arbitration award and to confirm the arbitration award entered in this matter respectively filed by the Plaintiffs and Defendants. The undersigned, with the consent of Defendant's counsel, respectfully requests a short adjournment of this argument to October 6, 2008.

Plaintiffs have presently pending a motion to admit Lawrence B. Brennan, Esq. *pro hac vice,* with the consent of Defendant's counsel, for the purposes of arguing these motions. The undersigned has been in contact with the chambers of the Hon. Esther Salas, U.S.M.J. and has been advised that the Order to admit Mr. Brennan *pro hac vice* will most likely be entered by Monday or Tuesday of next week. However, Mr. Brennan has a scheduling conflict for October 2, 2008 in that there is a court ordered mediation scheduled for that day with multiple parties in the Southern District of New York. As the parties have just received notice today that the within motions are scheduled for argument before Your Honor on October 2, 2008, this conflict cannot unfortunately be resolved.

As such, the undersigned respectfully requests an adjournment of the within motions to October 6, 2008. The undersigned has spoken to Defendant's counsel who has indicated that he is available on October 6, 2008 to argue these motions and consents to this adjournment.

696449.1

The Honorable Peter G. Sheridan, U.S.D.J.
September 26, 2008
Page 2

Your Honor's courtesies in this regard are greatly appreciated.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

//s// Kurt H. Dzugay

Kurt H. Dzugay (kurt.dzugay@wilsonelser.com)

KHD

cc:   Patrick M. Decharles, II, Esq.. – via electronic filing (w/enc.)